UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ESTATE OF CHARLES M. DEMOS, et al., )
             Plaintiffs, )    Case No. 2:16-cv-00324-JAD-CWH
vs. )    **ORDER**
STATE OF NEVADA, et al., )
             Defendants. )

     Presently before the court is the parties' Stipulation and Proposed Order to Enlarge Time to Conduct Discovery (ECF No. 40), filed on October 17, 2016. The court construes this stipulation as a stipulation to stay discovery pending the court's order on Defendants' Motion to Stay Action and to Compel Arbitration and/or Motion to Dismiss (ECF Nos. 20, 21). Having reviewed and considered the parties' stipulation, and good cause appearing,

     IT IS ORDERED that the parties' Stipulation and Proposed Order to Enlarge Time to Conduct Discovery (ECF No. 40) is GRANTED. Discovery is stayed pending the court's order on Defendants' Motion to Stay Action and to Compel Arbitration and/or Motion to Dismiss (ECF Nos. 20, 21).

     IT IS FURTHER ORDERED that if the Motion to Stay Action and to Compel Arbitration and/or Motion to Dismiss is denied, within 21 days of the date of the order, the parties must meet and confer and file a revised stipulated discovery plan and scheduling order.

DATED: October 19, 2016

                                                       **C.W. Hoffman, Jr.**
                                                       **United States Magistrate Judge**